UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 10, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13-mj-00116-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| ROBERT PAUL WILSON, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT PAUL WILSON, Case No. 2:13-mj-

00116-EFB from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $75,000.00.

   __X__   Unsecured Appearance Bond (Interim)

   __X__   Secured Appearance Bond

   __X__   (Other) Conditions as stated on the record.

   __X__   (Other) The secured bond paperwork to be filed by 4/24/2013.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   4/10/2013   at   4:02 pm

By   _____
   Edmund F. Brennan
   United States Magistrate Judge